FILED

SEP 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PEYMON MOTTAHEDEH and APRIL MOTTAHEDEH, <br><br> Petitioners-Appellants, <br><br> v. <br><br> COMMISSIONER OF INTERNAL REVENUE, <br><br> Respondent-Appellee. | No. 16-71381 <br><br> Tax Ct. No. 22039-11 <br><br> ORDER |

Before: WARDLAW, CALLAHAN, and N.R. SMITH, Circuit Judges.

Appellee's motion to dismiss this appeal as premature is granted (Docket Entry No. 8). *See* Fed. R. App. P. 13(a)(1)(B) (filing of timely motion to vacate Tax Court decision tolls time to file notice of appeal) and 14 (provisions of Fed. R. App. P. 4 do not apply to appeals from Tax Court). Appellants' request to stay this appeal or to dismiss with instructions for later reinstatement is denied (Docket Entry No. 10). Accordingly, this appeal is dismissed.

**DISMISSED.**

hmb/MOATT